■ In the Matter of CARL WELLS, Petitioner, v GREGORY CARRO, as Justice of the Supreme Court of the State of New York, Respondent. [874 NYS2d 857]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Friedman, J.P., Nardelli, Catterson and DeGrasse, JJ.

(March 19, 2009)

■ In the Matter of LANA CALLEN et al., Appellants, v VICKI MORGAN et al., Respondents. [874 NYS2d 377]—Order, Supreme Court, New York County (Edward H. Lehner, J.), entered May 9, 2008, unanimously affirmed for the reasons stated by Lehner, J., without costs and disbursements. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Nardelli, Buckley and Freedman, JJ.